

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00668-CV

_____

IN THE INTEREST OF N.G., A CHILD

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-505917-11

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

Appellant L.G. attempts to appeal from the trial court's "Order Enforcing and Modifying Support Obligation" signed on August 18, 2016 (the Order). Because L.G. timely filed a motion for new trial, his notice of appeal was due November 16, 2016—ninety days after the Order's signing. *See* Tex. R. App. P. 26.1(a)(1). But L.G. did not file his notice of appeal until December 3, 2025, making it untimely. *See id.*

We notified the parties by letter of our concern that we lack jurisdiction over this appeal because the notice of appeal was untimely. *See id.* We warned that we could dismiss this appeal for want of jurisdiction unless L.G. or any party wanting to continue the appeal filed a response showing grounds for continuing it. *See* Tex. R. App. P. 42.3(a), 44.3. Although we received a response from L.G., it does not show grounds for continuing the appeal.

The time for filing a notice of appeal is jurisdictional in this court, and without a timely filed notice of appeal or a timely filed extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.1, 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because L.G.'s notice of appeal was untimely, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Amick v. Campbell*, No. 02-24-00540-CV, 2025 WL 285339, at *1 (Tex. App.—Fort Worth Jan. 23, 2025, no pet.) (mem. op.) ("Because Amick's notice of appeal was untimely, we dismiss this appeal for want of jurisdiction.").

/s/ Dana Womack

Dana Womack
Justice

Delivered:  January 8, 2026